IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARRY LAVERGIS RODGER**                                                    **PETITIONER**

**V.**                              **4:04CR00214-1**
                                    **4:05CV01717**

**UNITED STATES OF AMERICA**                                                 **RESPONDENT**

## ORDER

Pending is Petitioner Garry Lavergis Rodger's Petition for Writ of Habeas Corpus. The Government is directed to respond to the petition no later than May 22, 2006.

IT IS SO ORDERED this 20th day of April, 2006.

                                                                                    James M. Moody
                                                                        United States District Judge